UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Susie Jane Alcazar Garcia,

                    Plaintiff,                                    26-cv-4212 (JGK)

          - against -                                             Order

New York City Department of Educa-
tion, et al.,

                    Defendants.

---

John G. Koeltl, District Judge:

          The parties are directed to submit a status report by **June 22, 2026**.

SO ORDERED.

Dated:     New York, New York
           June 8, 2026                    _____
                                                  John G. Koeltl
                                           United States District Judge